IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

ARTIC HENDERSON                                                                                   PETITIONER

v.                                      NO. 5:04CV00426 GH/JFF

LARRY NORRIS, Director,
Arkansas Department of
Correction                                                                                         RESPONDENT

## ORDER

Before the Court is the Petitioner's motion to extend time to comply with the Court's order of June 13, 2005, directing Petitioner to inform the Court by July 15, 2005, why his petition should not be dismissed as time barred. See docket entry # 7. In his motion, Petitioner asks this Court to postpone further proceedings on his petition until he is able to obtain all police reports and witness statements and a copy of the plea agreement. He asserts that these documents are needed to show the Court why his petition should not be dismissed as time barred. However, he does not explain how the documents are relevant to the issue of time bar. Under the circumstances, the Court denies Petitioner's motion to extend time to comply with the Court's order of June 13, 2005, and orders the Petitioner to inform the Court by **September 30, 2005**, why his petition should not be dismissed as time barred. Petitioner's failure to comply with this

Order will result in a dismissal of this action without prejudice.[1]

Petitioner has filed a motion to compel production of various documents (# 8), a motion to compel production of the plea agreement in CR 96-116 (# 9), a motion to compel Mr. James Badami to produce a copy of the case file in "# 03-137" (# 10), and a motion to compel production of Petitioner's incarceration activity sheet and a copy of the Tucker Maximum Security Unit policy with respect to excess legal materials in isolation or segregation (# 11).  Petitioner has not explained how these documents are relevant to the issue of time bar or any other issue in this case. The Court denies Petitioner's motions.  The Court will determine which documents, if any, are needed for resolution of this case and order the Respondent to file them with the Court.

IT IS SO ORDERED this 8th day of September, 2005.

_____
UNITED STATES MAGISTRATE JUDGE

---

[1] The petitioner is hereby notified of his responsibility to comply with the Local Rules of the Court, including Rule 5.5(c)(2), which states:

> It is the duty of any party not represented by counsel to promptly notify the Clerk and the other parties to the proceedings of any change in his or her address, to monitor the progress of the case and to prosecute or defend the action diligently.  A party appearing for himself/herself shall sign his/her pleadings and state his/her address, zip code, and telephone number.  If any communication from the Court to a pro se plaintiff is not responded to within thirty (30) days, the case may be dismissed without prejudice. Any party proceeding pro se shall be expected to be familiar with and follow the Federal Rules of Civil Procedure.