IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

ARTIC HENDERSON                                                                                  PETITIONER

v.                                     NO. 5:04CV00426 GH/JFF

LARRY NORRIS, Director,
Arkansas Department of
Correction                                                                                            RESPONDENT

## ORDER

Before the Court is the "Petitioner's Motion to Appeal Writ of Habeas Corpus." See DE # 19. In the motion, which has been docketed as a "Motion for Certificate of Appealability," Petitioner requests that the AEDPA's statute of limitations be equitably tolled and that his habeas petition be heard. The Court finds that Petitioner's motion is not a motion to appeal or a motion for certificate of appealability, but is simply a response to the Court's order of September 8, 2005, directing him to inform the Court why his petition should not be dismissed as time barred. Accordingly, the Court denies Petitioner's motion to appeal or motion for certificate of appealability as moot.

IT IS SO ORDERED this 28th day of September, 2005.

_____
UNITED STATES MAGISTRATE JUDGE